**DISMISS; and Opinion Filed July 10, 2013.**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00783-CV**
**No. 05-13-00784-CV**

**IN RE DONALD GENE BLANTON, Relator**

**Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23078-86, 23592-86**

**MEMORANDUM OPINION**

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Lewis

Relator contends the Kaufman County District Clerk has not complied with an order of this Court relating to a supplemental record for relator's direct appeals. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the district clerk. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/David Lewis/
DAVID LEWIS
JUSTICE

130783F.P05